# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KAY OVERBY, | Civil No. 07-4160 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| SUPERVALU INC. AND LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on June 17, 2010 [Docket No. 51].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 21, 2010  
at Minneapolis, Minnesota                     s/ John R. Tunheim  
                                                    JOHN R. TUNHEIM  
                                                   United States District Judge